UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PHILIP BUCHANAN,**

    Plaintiff,

v.                                                       Case No. 05-72374-DT
                                                                    Hon. Bernard A. Friedman

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

       This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated November 21, 2005. No objections were filed.

       This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

       ACCORDINGLY:

       IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated November 21, 2005, is hereby accepted and adopted.

       IT IS FURTHER ORDERED that plaintiff's motion for summary judgment be granted.

       IT IS FURTHER ORDERED that the defendant's motion for summary judgment be denied.

       IT IS FURTHER ORDERED that the matter be remanded for further proceedings with respect to the limitations resulting from plaintiff's mental impairment and additional testimony by a vocational expert.

   January 10, 2006                                      s/Bernard A. Friedman
    Detroit, Michigan                                   BERNARD A. FRIEDMAN
                                                             CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
          **Patricia Foster Hommel**
   **Secretary to Chief Judge Friedman**